**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

B/E Aerospace, Inc.    v.    C&D Zodiac, Inc.

Case No. 2019-1935; 2019-1936

**CERTIFICATE OF INTEREST**

Counsel for the:
☐ (petitioner) ☐ (appellant) ☐ (respondent) ☒ (appellee) ☐ (amicus) ☐ (name of party)

John C. Alemanni

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10% or more of stock in the party |
|---|---|---|
| C&D Zodiac, Inc. | N/A | Zodiac U.S. Corporation |

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court **(and who have not or will not enter an appearance in this case)** are:

Dean W. Russell of Kilpatrick Townsend & Stockton LLP

5. The title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. *See* Fed. Cir. R. 47. 4(a)(5) and 47.5(b). (The parties should attach continuation pages as necessary).

B/E Aerospace, Inc. v. Zodiac Aerospace, et al., Civil Action No. 2:19-cv-01480-MWF-AFM (C.D. Cal.)

| 6/20/2019 | /s/ John C. Alemanni |
|---|---|
| Date | Signature of counsel |
| Please Note: All questions must be answered | John C. Alemanni |
| | Printed name of counsel |

cc: All Counsel of Record

**Reset Fields**

# CERTIFICATE OF SERVICE

I hereby certify that, on this 20th day of June, 2019 I filed the foregoing Corrected Certificate of Interest with the Court via the CM/ECF system, and true and correct copies were served via electronic mail upon the following counsel of record:

Michael R. Fleming, mfleming@irell.com
Attorney for B/E Aerospace, Inc.

                                                                     */s/ John C. Alemanni*
                                                                       John C. Alemanni