

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

# RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

| Case Number | 2019-1935; -1936 |
|---|---|
| Case Name | B/E Aerospace, Inc. v. C&D Zodiac, Inc. |
| Name of Arguing Counsel | John C. Alemanni |
| **Dates Unavailable** <br><br> Please list up to **ten days** of unavailability within the specific sessions listed in the Notice of Scheduling Conflicts in this case. <br><br> **Attach a statement showing good cause for each listed day.** Days listed without a supporting statement will not be considered in scheduling argument. | June 1-5 and August 31-September 4 (see attached statement) |
| **Potential Other Conflicts** <br><br> Please list other pending cases where briefing is complete but oral argument has not yet been scheduled. | |

I certify the above information and any attached statement is accurate and complete.

Date: 1/31/2020

Signature: /s/ John C. Alemanni

\* \* \*

### Filing Instructions and Additional Assistance

Please submit this form via CM/ECF using the event "Response to Notice to Advise of Scheduling Conflicts" by the due date and include the supporting statement and a certificate of service noting service on opposing counsel. The form <u>must be flattened before filing</u> in CM/ECF by printing it as a PDF and then saving the new file.

If you need assistance, please contact the Court Services team at (202) 275-8035.

*January 2019*

# STATEMENT OF GOOD CAUSE

For the purpose of scheduling oral argument in the referenced matter, I will be unavailable June 1-5 due to a previously scheduled oral argument before the Patent Trial and Appeal Board and August 31 through September 4 due to a pre-trial conference scheduled in the Eastern District of Texas.

I respectfully request that the oral argument in the referenced matter not be scheduled for those dates.


Dated: January 31, 2020

Respectfully submitted,

/s/ *John C. Alemanni*
Kilpatrick Townsend & Stockton LLP
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
Telephone: 919-420-1700
Email: jalemanni@kilpatricktownsend.com

Attorney for C&D Zodiac, Inc.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  January 31, 2020 by:

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means (by E-mail or CM/ECF)

| | |
|---|---|
| John C. Alemanni | /s/ John C. Alemanni |
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Kilpatrick Townsend & Stockton LLP |
| Address | 4208 Six Forks Road, Suite 1400 |
| City, State, Zip | Raleigh, NC  27609 |
| Telephone Number | 919-420-1700 |
| Fax Number | 919-420-1800 |
| E-Mail Address | jalemanni@kilpatricktownsend.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields