**2019-1935, 2019-1936**

# United States Court of Appeals for the Federal Circuit

**B/E AEROSPACE, INC.,**

*Appellant*

v.

**C&D ZODIAC, INC.,**

*Appellee*

Appeals from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in Nos. IPR2017-01275 and IPR2017-01276

**APPELLANT'S MOTION TO RESCHEDULE ARGUMENT**

Morgan Chu
Michael R. Fleming
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Patent Owner-Appellant B/E Aerospace, Inc.*

February 27, 2020

Pursuant to Federal Rule of Appellate Procedure 34(b), Appellant B/E Aerospace, Inc. ("B/E") respectfully requests rescheduling of the oral argument in the above-captioned matter.

On Friday, February 21, 2020, the Court issued a Notice of Oral Argument (Dkt. 51) scheduling oral argument in this case for April 9, 2020.

Prior to the Court's issuance of its Notice of Oral Argument, but before counsel for B/E entered an updated Response to the Court's Notice to Advise of Scheduling Conflicts (Dkt. 40), an arbitrator rescheduled trial in *Alector, Inc. et al. v. Abeliovich,* JAMS Ref. No. 110010692, to begin on April 13, 2020—a trial that requires the participation of B/E's principal attorney from April 6, 2020. Declaration of Morgan Chu ("Chu Decl.") ¶ 2.

At the time of the filing of B/E's Response To Notice To Advise Of Scheduling Conflicts (Dkt. 45), trial in *Alector* was scheduled for March—a potential conflict not reflected in B/E's earlier-filed Response (Dkt. 45) because March fell outside of the range of dates requested by this Court in its Notice to Advise (Dkt. 40). *Id* ¶ 3.

B/E currently has no scheduling conflicts other than the April conflicts identified in this motion, May 4-7, and August 3-7. *Id.* ¶ 4.

B/E informed counsel for Appellee C&D Zodiac, Inc. ("Zodiac") of its intent to seek the requested rescheduling. Zodiac informed B/E that it objects to

B/E's request, but that it will not file a response. *Id.* ¶ 5.

For the foregoing reasons, B/E respectfully requests that the Court reschedule oral argument in the above-captioned matter.

Dated:  February 27, 2020                    Respectfully submitted,

*/s/ Morgan Chu*
Morgan Chu
Michael R. Fleming
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010

*Attorneys for Appellant*

**FORM 9. Certificate of Interest**  Form 9
Rev. 10/17

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

B/E Aerospace, Inc. v. C&D Zodiac, Inc.

Case No. 2019-1935, 2019-1936

**CERTIFICATE OF INTEREST**

Counsel for the:
☐ (petitioner) ■ (appellant) ☐ (respondent) ☐ (appellee) ☐ (amicus) ☐ (name of party)

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10% or more of stock in the party |
|---|---|---|
| B/E Aerospace, Inc. | None | Rockwell Collins, Inc. |
| | | (parent of B/E Aerospace) |
| | | United Technologies Corp. |
| | | (parent of Rockwell Collins) |
| | | United Technologies is |
| | | publicly traded (NYSE:UTX) |

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court **(and who have not or will not enter an appearance in this case)** are:

Andrei Iancu (no longer with firm)
Benjamin Haber (no longer with firm)
Michael R. Fleming
Dennis J. Courtney
Irell & Manella LLP
1800 Avenue of the Stars, Ste. 900
Los Angeles, CA 90067

5. The title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. *See* Fed. Cir. R. 47. 4(a)(5) and 47.5(b). (The parties should attach continuation pages as necessary).

Potentially affected proceedings in the PTAB: IPR2017-01275 and IPR2017-01276.

Potentially related district court proceedings: B/E Aerospace v. C&D Zodiac, Inc. n/k/a Safran Cabin Inc. et al, No. 2:19-cv-01480-MWF-AFM (C.D. Cal.)

2/27/2020
Date

/s/ Morgan Chu
Signature of counsel

Morgan Chu
Printed name of counsel

Please Note: All questions must be answered

cc: Counsel of record

**Reset Fields**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION, TYPEFACE REQUIREMENTS, AND TYPE STYLE REQUIREMENTS

1. This brief complies with the type-volume limitation of Federal Rule of Federal Circuit Rule 32(a) or Federal Rule of Federal Circuit Rule 28.1.

☒ This brief contains [state the number of] 259 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f), or

☐ This brief uses a monospaced typeface and contains [state the number of] _____ lines of text, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f).

2. This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) or Federal Rule of Federal Circuit Rule 28.1 and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6).

☒ This brief has been prepared in a proportionally spaced typeface using

[state name and version of word processing program] Microsoft Word 2016 in

[state font size and name of type style] 14 pt Times New Roman, or

☐ This brief has been prepared in a monospaced typeface using

[state name and version of word processing program] _____ with

[state number of characters per inch and name of type style] _____.

/s/ Morgan Chu
(Signature of Attorney)

Morgan Chu
(Name of Attorney)

Representing Appellant B/E Aerospace, Inc.
(State whether representing appellant, appellee, etc.)

2/27/2020
(Date)

Reset Fields

**2019-1935, 2019-1936**

# United States Court of Appeals
# for the Federal Circuit

**B/E AEROSPACE, INC.,**

*Appellant*

**v.**

**C&D ZODIAC, INC.,**

*Appellee*

Appeals from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in Nos. IPR2017-01275 and IPR2017-01276

**DECLARATION OF MORGAN CHU IN SUPPORT OF
APPELLANT'S MOTION TO RESCHEDULE ARGUMENT**

Morgan Chu
Michael R. Fleming
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Patent Owner-Appellant B/E Aerospace, Inc.*

February 27, 2020

I, Morgan Chu, declare as follows:

1.  I am a partner in the law firm of Irell & Manella LLP, counsel for Appellant B/E Aerospace, Inc. ("B/E") in the above-captioned.  I am the attorney principally responsible for oral argument in B/E's appeal. I provide this declaration upon personal knowledge and, if called upon as a witness, would testify competently as to the matters recited herein.  I submit this declaration in support of B/E's motion to reschedule oral argument.

2.  Prior to the Court's issuance of its Notice of Oral Argument on February 21, 2020 (Dkt. 51), but before counsel for B/E entered an updated Response to the Court's Notice to Advise of Scheduling Conflicts (Dkt. 40), an arbitrator rescheduled trial in *Alector, Inc. et al. v. Abeliovich,* JAMS Ref. No. 110010692, to begin on April 13, 2020—a trial that creates a new conflict with the Court's scheduled date of oral argument in this case (April 9, 2020) because it requires my participation from April 6, 2020.

3.  At the time of the filing of B/E's Response To Notice To Advise Of Scheduling Conflicts (Dkt. 45), trial in *Alector* was scheduled for March—a potential conflict not reflected in B/E's earlier-filed Response (Dkt. 45) because March fell outside of the range of dates requested by this Court in its Notice to Advise (Dkt. 40).

4.  B/E currently has no scheduling conflicts other than the April

conflicts identified in this motion, May 4-7, and August 3-7.

5.     B/E informed counsel for Appellee C&D Zodiac, Inc. ("Zodiac") of its intent to seek the requested rescheduling. Zodiac informed B/E that it objects to B/E's request, but that it will not file a response.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: February 27, 2020          Respectfully submitted,

*/s/ Morgan Chu*
Morgan Chu
Michael R. Fleming
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010

*Attorneys for Appellant*

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on February 27, 2020 by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| | |
|---|---|
| Morgan Chu | /s/ Morgan Chu |
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Irell & Manella LLP |
| Address | 1800 Avenue of the Stars, Suite 900 |
| City, State, Zip | Los Angeles, CA 90067 |
| Telephone Number | (310) 277-1010 |
| Fax Number | (310) 203-7199 |
| E-Mail Address | mchu@irell.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields